## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 21st day of February, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Ian Connor Bifferato, Esquire
*Bifferato, Gentilotti, Biden & Balick, P.A.*
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899

Mary E. Augustine (No. 4477)